UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| AARON RANDALL, | Case No. 3:25-cv-00217-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THOMAS L. STOCKARD, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Aaron Randall filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1 ("Complaint").) Because Plaintiff failed to submit an application to proceed *in forma pauperis* ("IFP") or pay the filing fee, the Court ordered him to do so by June 5, 2025. (ECF No. 3.) Now before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court dismiss this action without prejudice for failure to comply with the Court's order (ECF No. 3) setting the June 5, 2025, deadline. (ECF No. 4.) To date, Plaintiff has not objected to the R&R, submitted a complete IFP application, or paid the filing fee. For this reason, the Court will adopt the R&R in full and will dismiss the action without prejudice.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Baldwin recommends dismissal because Plaintiff has failed to comply with the Court's order (ECF No. 3) directing him to submit an IFP application or pay the full filing fee, despite the Court's warning that failure to do so could result in dismissal without prejudice. (ECF No. 4 at 1-2.) *See Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir.

1986). The Court agrees with Judge Baldwin that, considering the relevant factors, dismissal is appropriate.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 3rd Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE